Fill in this information to identify your case:

United States Bankruptcy Court for the:

Southern District of Indiana

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | New Wave Property Service, LLC | |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-8525091 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5500 W. 96th Street, Suite C | P.O. Box 368 |
| Number       Street | Number       Street |
| | |
| | P.O. Box |
| Zionsville          IN     46077 | Westfield          IN     46074 |
| City            State    ZIP Code | City            State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Boone County | |
| County | |
| | Number       Street |
| | |
| | City            State    ZIP Code |

| | | |
|---|---|---|
| 5. **Debtor's website** (URL) | | |

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

Debtor  New Wave Property Service, LLC
_____
Name

Case number *(if known)* _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

811410

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                    MM  /  DD  / YYYY

Case number, if known _____

---

| Debtor | New Wave Property Service, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99        ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000        ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million        ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000        ☐ $50,000,001-$100 million        ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million        ☐ $100,000,001-$500 million        ☐ More than $50 billion

---

Debtor   New Wave Property Service, LLC          Case number *(if known)*_____
_____
Name

**16. Estimated liabilities**

☐ $0-$50,000                  ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000            ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000           ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million         ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/29/2023
              MM  / DD / YYYY

✘ /s/ Jeremy Ryan                                Jeremy Ryan
Signature of authorized representative of debtor   Printed name

Title _____

---

**18. Signature of attorney**

✘ /s/ Jeffrey  Hester                    Date   12/29/2023
Signature of attorney for debtor                MM  / DD / YYYY

Jeffrey  Hester
Printed name
Hester Baker Krebs LLC
Firm name
One Indiana Sq Suite 1330
Number        Street
Indianapolis                              IN        46204
City                                      State     ZIP Code
317-833-3030                              jhester@hbkfirm.com
Contact phone                             Email address

22048-49                                  IN
Bar number                                State

---

**Fill in this information to identify the case:**

Debtor name _____New Wave Property Service, LLC_____

United States Bankruptcy Court for the: _____Southern District of Indiana_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

---

**Part 1:** **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................. $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ............................................. $ _____1,277,608.80

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................. $ _____1,277,608.80

---

**Part 2:** **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ................. $ _____2,474,598.38

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F* ......................................... $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ...................... +$ _____1,307,069.84

4. **Total liabilities** ...............................................................
    Lines 2 + 3a + 3b
    $ _____3,781,668.22

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___New Wave Property Service, LLC___

United States Bankruptcy Court for the: ___Southern District of Indiana___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Ramp Business Corporation<br>71 5th Avenue, 6th Floor<br>New York, NY, 10003 | support@ramp.com | Credit Card Debt | | | | 294,261.15 |
| 2  Site One Landscape Supply<br>8569 Zionsville Road<br>Indianapolis, IN, 46268 | | Suppliers or Vendors | | | | 216,986.17 |
| 3  U.S. Department of Labor<br>135 N. Pennsylvania Street, Room 700<br>Indianapolis, IN, 46204 | | | | | | 121,852.78 |
| 4  First Merchants Bank<br>200 E. Jackson St.<br>Muncie, IN, 47305 | | | | | | 118,636.90 |
| 5  Slope<br>7 Freelon St.<br>San Francisco, CA, 94107 | | Services | | | | 116,355.87 |
| 6  Chase Ink<br>P.O. Box 15298<br>Wilmington, DE, 19850-5298 | | Credit Card Debt | | | | 81,224.45 |
| 7  Fifth Third Bank<br>5050 Kingsley Drive<br>MD 1MOC2G<br>Cincinnati, OH, 45227 | | Credit Card Debt | | | | 72,057.67 |
| 8  UniFirst Corporation<br>4201 Industrial Blvd<br>Indianapolis, IN, 46246 | edisupport@unifirst.com | Services | | | | 52,122.29 |

Debtor   New Wave Property Service, LLC
         _____
         Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Browns Oil Service 4800 Van Cleave Street Indianapolis, IN, 46226 | | Services | | | | 48,669.96 |
| 10 | ERC Specialists 560 E. Timpanogos Circle Orem, UT, 84097 | | Services | | | | 39,124.48 |
| 11 | DivvyPay, LLC / MVB Bank, Inc. Attn: Legal 13707 S. 200 W, Suite 100 Draper, UT, 84020 | support@divvypay.com | Credit Card Debt | | | | 23,842.27 |
| 12 | BHG Financial, LLC Cardmember Services P.O. Box 540190 Omaha, NE, 68154 | | Credit Card Debt | | | | 22,996.69 |
| 13 | Huntington National Bank P.O. Box 1558 Columbus, OH, 43216 | | Credit Card Debt | | | | 21,492.49 |
| 14 | Sunbelt Rentals Inc. P.O. Box 409211 Atlanta, GA, 303847 | Ashley.brunswick@sunbeltrentals.com | Suppliers or Vendors | | | | 20,215.14 |
| 15 | Bobcat of Indy 2935 Bluff Road Indianapolis, IN, 46225 | | Services | | | | 13,319.00 |
| 16 | FE Moran Security Solutions 201 W. University Ave. Champaign, IL, 61820 | | Services | | | | 11,016.00 |
| 17 | Erie Insurance 100 Erie Insurance Place Erie, PA, 16530 | | Services | | | | 10,250.88 |
| 18 | McNeely Law 2177 Intelliplex Dr., Suite 251 Shelbyville, IN, 46176 | | Services | | | | 6,313.00 |
| 19 | Duke Energy P.O. Box 1327 Charlotte, NC, 28201 | | Services | | | | 6,071.54 |
| 20 | BestOne 9302 East 30th Stret Indianapolis, IN, 46229 | 317-591-9826 ar@bestoneindy.ocm | Suppliers or Vendors | | | | 4,588.00 |

**Fill in this information to identify the case:**

Debtor name   New Wave Property Service, LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number (If known):   _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. The Huntington National Bank (Checking Acct)(Endin | Checking | 0  8  0  3 | $ 0.00 |
| 3.2. See continuation sheet | | | $ 258,756.77 |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $ 258,756.77

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. _____ | $_____ |
| 7.2. _____ | $_____ |

Debtor    New Wave Property Service, LLC
_____    Case number (if known)_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    294,270.20 _____ – 0.00 _____ = ........➔    $ 294,270.20 _____
                            face amount              doubtful or uncollectible accounts

11b. Over 90 days old:    0.00 _____ – 0.00 _____ = ........➔    $ 0.00 _____
                          face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 294,270.20 _____

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

Debtor  New Wave Property Service, LLC
_____
Name

Case number (if known)_____

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Chemicals, Salt, Mulch, Fertilizer | _____ MM / DD / YYYY | 10,000.00 $_____ | _____ | 10,000.00 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 10,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor ___New Wave Property Service, LLC_____    Case number (if known)_____
        Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Office furniture | $_____ | _____ | $ 2,500.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    New Wave Property Service, LLC
_____
Name

Case number (if known)_____

---

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | | $_____ |
| 48.2_____ | $_____ | | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | | $_____ |
| 49.2_____ | $_____ | | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See attached Equipment list | $ 701,025.00 | | $ 701,025.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 701,025.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

Debtor    New Wave Property Service, LLC
_____    Case number (if known)_____
          Name

| **Part 9:** | **Real property** |

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $_____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $ 500,000.00 | Unknown | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

Debtor    New Wave Property Service, LLC
_____    Case number (if known) _____
            Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    0.00    —    0.00    = ➡    $ 0.00
                            Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

See continuation sheet    $ 11,056.83
_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Employee theft    $ Unknown
_____

Nature of claim    Employee theft
_____

Amount requested    $ 1.00

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ 11,056.83

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor     New Wave Property Service, LLC
_____          Case number (if known)_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $258,756.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $294,270.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $701,025.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* | ➔ | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $11,056.83 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...91a. | $1,277,608.80 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | 1,277,608.80 | $1,277,608.80 |

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page 8

Debtor 1    New Wave Property Service, LLC          Case number *(if known)*_____

First Name      Middle Name      Last Name

## Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| **First Merchants Bank (Savings Acct)(Ending 4085)** | **Savings** | **4085** |
| **Balance: 10.34** | | |
| **First Merchants Bank (Checking Acct) (Ending 6690)** | **Checking** | **6690** |
| **Balance: 742.54** | | |
| **Star Financial Bank (Checking Acct)(Ending 2553)** | **Checking** | **2553** |
| **Balance: 5,012.09** | | |
| **Star Financial (Checking Acct)(Ending 2597)** | **Checking** | |
| **Balance: 13,828.68** | | |
| **Star Financial Bank (Checking Acct)(Ending 2641)** | **Checking** | **2641** |
| **Balance: 37,551.56** | | |
| **Star Financial Bank — Payroll account(Ending 2663)** | **Checking** | **2663** |
| **Balance: 138,092.61** | | |
| **First Merchants Bank (Checking Acct) (Ending 1589)** | **Checking** | **1589** |
| **Balance: 0.00** | | |
| **Star Financial Bank (Checking Acct)(Ending 2630)** | **Checking** | **2630** |
| **Balance: 16,392.31** | | |
| **Star Financial Bank (Checking Acct)(Ending 2674)** | **Checking** | **2674** |
| **Balance: 13,306.59** | | |
| **Star Financial Bank** | **Checking** | **2608** |

Debtor 1    New Wave Property Service, LLC

First Name    Middle Name    Last Name       Case number (if known)_____

## Continuation Sheet for Official Form 206 A/B

**(Checking Acct)(Ending 2608)**

**Balance: 10,496.99**

| | | |
|---|---|---|
| **Star Financial Bank (Savings Acct)(Ending 5309)** | **Savings** | **5309** |

**Balance: 16,968.89**

| | | |
|---|---|---|
| **Star Financial Bank (Checking Acct)(Ending 2652)** | **Checking** | **2652** |

**Balance: 6,354.17**

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Judgment obtained against Suburban Extended Stay (Hamilton County — entered 8/4/2020) | Services rendered | 2,603.30 | 2,603.30 |
| Judgment against Judge Jones (Granted in Marion County Small Claims Ct — 2/28/2019) | Services rendered | 1,453.53 | 1,453.53 |
| Effects Management | Need info | 3,000,000.00 | Unknown |
| Judgment obtained against McGavic Outdoor Power (Hamilton County action | Services rendered | 6,500.00 | 6,500.00 |
| Judgment against LaQuinta Airport (Marion County Small Claims Court — 8/26/2020) | Services rendered | 500.00 | 500.00 |

## EQUIPMENT LIST

| Equipment | # | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| Bobcat | 1 | Bobcat | 5181 | 525016610 | $ 5,000.00 |
| Bobcat | 2 | Bobcat | 5150 | A01137742 | $ 5,000.00 |
| Bobcat | 3 | Bobcat | 5220 | AS0620298 | $ 9,500.00 |
| Bobcat | 4 | Bobcat | T250 | 525611566 | $ 12,500.00 |
| Bobcat | 5 | Bobcat | S300 | 531114905 | $ 9,500.00 |
| Skid Steer | 6 | John Deere | 318D | 1T0318DKHCG223467 | $ 5,000.00 |
| Front Loader | 5 | Komatsu Front Loader | WA380/400 Se | 71238 | $ 19,500.00 |
| | | | | | |
| Thicker | 1 | Lawncomber | Y20 | Missing | $ 100.00 |
| | | | | | |
| Bed Edgers | 1 | W/GX200 | 86400 | 664-01188 | $ 750.00 |
| | 2 | W/GX200 | 86400 | 664-01119 | $ 750.00 |
| | 3 | W/GX201 | 86400 | 1009472 | $ 750.00 |
| | 4 | W/GX202 | 86400 | 664-15177 | $ 750.00 |
| | 5 | W/GX203 | 86400 | Serial # Missing | $ 750.00 |
| | | | | | |
| Aerator | 1 | Ryan | Lawnaire IV | 94500720 | $ 100.00 |
| | 2 | Ryder Exmark | Lawnaire IV | Serial # Missing | $ 5,000.00 |
| | | | | | |
| Tillers | 1 | Craftsman | X | 011193S-003154 | $ 50.00 |
| | 2 | Small Stihl | MM55 | 521028714 | $ 50.00 |
| | 3 | Small Stihl | MM55 | 511355738 | $ 50.00 |
| | 4 | Small Stihl | MM55 | 501513296 | $ 50.00 |
| | 5 | Small Stihl | MM55 | 501513296 | $ 50.00 |
| | 6 | Small Stihl | MM55 | 513223614 | $ 50.00 |
| | 7 | Small Stihl | MM55 | 515713166 | $ 50.00 |
| | 8 | Small Stihl | MM55 | 513860022 | $ 50.00 |
| | 9 | Small Stihl | MM55 | 513860018 | $ 50.00 |
| | | | | | |
| Mowers | 1 | Exmark | X-Series | 0M603121789 | $ 3,500.00 |
| | 2 | Exmark | X-Series | 0M603988423 | $ 3,500.00 |
| | 3 | Exmark | X-Series | 0M603121790 | $ 3,500.00 |
| | 4 | Exmark | X-Series | 0M604816002 | $ 3,500.00 |
| | 5 | Exmark | X-Series | 0M603121695 | $ 3,500.00 |
| | 6 | Exmark | X-Series | 0M604532053 | $ 3,500.00 |
| | 7 | Exmark | X-Series | 0M603121788 | $ 3,500.00 |
| | 8 | Exmark | X-Series | 0M604456911 | $ 3,500.00 |
| | 9 | Exmark | X-Series | 0M603327453 | $ 3,500.00 |
| | 10 | Exmark | X-Series | 0M604816001 | $ 3,500.00 |
| | 11 | Exmark | X-Series | 0M603988422 | $ 3,500.00 |
| | 12 | Exmark | X-Series | 0M604370715 | $ 3,500.00 |
| | 13 | Exmark | X-Series | 0M603121794 | $ 3,500.00 |
| | 14 | Exmark | X-Series | 0M603121791 | $ 3,500.00 |
| | 10 | | Push Mower | No Serial # | $ 25.00 |
| | 11 | | Push Mower | No Serial # | $ 25.00 |
| | 12 | | Push Mower | No Serial # | $ 25.00 |
| | 13 | | Push Mower | No Serial # | $ 25.00 |
| | 14 | | Push Mower | No Serial # | $ 25.00 |
| | 15 | | Push Mower | No Serial # | $ 25.00 |
| | 16 | | Push Mower | No Serial # | $ 25.00 |
| | | | | | |
| | 1 | RedMax | EBZ8500 | 2019420830 | $ 50.00 |
| Blowers | 2 | RedMax | EBZ8500 | 2018430875 | $ 50.00 |
| | 3 | RedMax | EBZ8500 | 2019020539 | $ 50.00 |
| | 4 | RedMax | EBZ8500 | 2018430821 | $ 50.00 |
| | 5 | RedMax | EBZ8500 | 2019420891 | $ 50.00 |
| | 6 | RedMax | EBZ8500 | 2019020541 | $ 50.00 |
| | 7 | RedMax | EBZ8500 | 2017040804 | $ 50.00 |
| | 8 | RedMax | EBZ8500 | 2018340604 | $ 50.00 |
| | 9 | RedMax | EBZ8500 | 2016500117 | $ 50.00 |
| | 10 | RedMax | EBZ8500 | 2016480521 | $ 50.00 |
| | 11 | RedMax | EBZ8500 | 2017130720 | $ 50.00 |
| | 12 | RedMax | EBZ8500 | 40402118 | $ 50.00 |
| | 13 | RedMax | EBZ8500 | 50100894 | $ 50.00 |
| | 14 | RedMax | EBZ8500 | 2016000116 | $ 50.00 |
| | 15 | RedMax | EBZ8500 | 2018430995 | $ 50.00 |
| | 16 | RedMax | EBZ8500 | 2018430022 | $ 50.00 |
| | 17 | RedMax | EBZ8500 | 31200875 | $ 50.00 |
| | 18 | RedMax | EBZ8500 | 2014480542 | $ 50.00 |
| | 19 | RedMax | EBZ8500 | 50200139 | $ 50.00 |
| | 20 | RedMax | EBZ8500 | 50100520 | $ 50.00 |
| | | | | | |
| | 1 | RedMax | | 514361433 | $ 50.00 |
| | 2 | RedMax | | 519091032 | $ 50.00 |
| | 3 | RedMax | | 513700066 | $ 50.00 |
| Weed Eaters | 4 | RedMax | | 512011579 | $ 50.00 |
| | 5 | RedMax | | M5305 | $ 50.00 |
| | 6 | RedMax | | M5306 | $ 50.00 |
| | 7 | RedMax | | M5301 | $ 50.00 |
| | 8 | RedMax | | M5301 | $ 50.00 |
| | 9 | RedMax | | M5300 | $ 50.00 |
| | 10 | RedMax | | M5309 | $ 50.00 |
| | 11 | RedMax | | 519090911 | $ 50.00 |
| | 12 | RedMax | | 518953485 | $ 50.00 |
| | 13 | RedMax | | 4209 | $ 50.00 |
| | 14 | RedMax | | 4211 | $ 50.00 |
| | 15 | RedMax | | 4207 | $ 50.00 |
| | 16 | RedMax | | 4203 | $ 50.00 |
| | 17 | RedMax | | 4212 | $ 50.00 |
| | 18 | RedMax | | 4263 | $ 50.00 |
| | 19 | RedMax | | 4264 | $ 50.00 |
| | | | | | |
| Weed Eater Bed Edger | 1 | Stihl | | 420417411 | $ 50.00 |
| | 2 | Stihl | | 217 | $ 50.00 |
| | 3 | Stihl | | 4313 | $ 50.00 |
| | 4 | Stihl | | 520417412 | $ 50.00 |
| | 5 | Stihl | | 4231 | $ 50.00 |
| | 6 | Stihl | | 520417664 | $ 50.00 |
| | 7 | Stihl | | 520417396 | $ 50.00 |
| | | | | | |
| Weed Eater Sidewalk Edger | 1 | Stihl | | 4231 | $ 50.00 |
| | 2 | Stihl | | 512316617 | $ 50.00 |
| | 3 | Stihl | | 518952243 | $ 50.00 |
| | | | | | |
| Long Pole Hedge | 1 | Stihl | | 515288162 | $ 50.00 |
| | 2 | Stihl | | 517795446 | $ 50.00 |
| | 3 | Stihl | | 520760444 | $ 50.00 |
| | 4 | Stihl | | 520760443 | $ 50.00 |
| | 5 | Stihl | | 520760473 | $ 50.00 |
| | 6 | Stihl | | 520417411 | $ 50.00 |
| | 7 | Stihl | | 4206 | $ 50.00 |
| | | | | | |
| Long Pole Chainsaw | 1 | Stihl | | 4223 | $ 50.00 |
| | 2 | Stihl | | 517623289 | $ 50.00 |
| | 3 | Stihl | | 514361425 | $ 50.00 |
| | | | | | $ 127,525.00 |

| Equipment | # | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| Leaf Vac | 1 | Billy Goat | DL1801V | 60115193 | $ 1,000.00 |
| | 2 | Trac Vac | 2100 | 2581 | $ 500.00 |
| | | | | | |
| Chainsaw | 1 | Stihl | | 4303 | $ 50.00 |
| | 2 | Stihl | | 4306 | $ 50.00 |
| | 3 | Stihl | | 4100 | $ 50.00 |
| | 4 | Stihl | | 4311 | $ 50.00 |
| | 5 | Stihl | | 4309 | $ 50.00 |
| | 6 | Stihl | | 1140967409 | $ 50.00 |
| | 7 | Stihl | | 500552419 | $ 50.00 |
| | 8 | Stihl | | 4302 | $ 50.00 |
| | 9 | Stihl | | 4304 | $ 50.00 |
| | | | | | |
| Hedge Trimmers | 1 | Stihl | HS82R | 520760444 | $ 50.00 |
| | 2 | Stihl | HS82R | 515288162 | $ 50.00 |
| | 3 | Stihl | HS82R | 520760443 | $ 50.00 |
| | 4 | Stihl | HS82R | 517795446 | $ 50.00 |
| | 5 | Stihl | HS82R | 520760473 | $ 50.00 |
| | 6 | Stihl | HS82R | 2018141093 | $ 50.00 |
| | 7 | Stihl | HS82R | 2018142955 | $ 50.00 |
| | 8 | Stihl | HS82R | 2019101316 | $ 50.00 |
| | 9 | Stihl | HS82R | 2018141015 | $ 50.00 |
| | 10 | Stihl | HS82R | 2018141009 | $ 50.00 |
| | 11 | Stihl | HS82R | 2018141006 | $ 50.00 |
| | 12 | Stihl | HS82R | 2019101376 | $ 50.00 |
| | 13 | Stihl | HS82R | 2019101383 | $ 50.00 |
| | 14 | Stihl | HS82R | 2018142948 | $ 50.00 |
| | 15 | Stihl | HS82R | 2019101782 | $ 50.00 |
| | 16 | Stihl | HS82R | 2018142956 | $ 50.00 |
| | 17 | Stihl | HS82R | 2018142958 | $ 50.00 |
| | 18 | Stihl | HS82R | 2019101378 | $ 50.00 |
| | 19 | Stihl | HS82R | 2019101777 | $ 50.00 |
| | 20 | Stihl | HS82R | 2018141321 | $ 50.00 |
| | | | | | |
| Water Pumps | 1 | Predator | R210 111 | AL903165846 | $ 50.00 |
| | 2 | Predator | R210 111 | AL901156771 | $ 50.00 |
| | 3 | Predator | R210 111 | AL800014193 | $ 50.00 |
| | 4 | Predator | R210 111 | AL901121162 | $ 50.00 |
| | 5 | Predator | R210 111 | AL805050103 | $ 50.00 |
| | 6 | Predator | R210 111 | AL901311397 | $ 50.00 |
| | 7 | Predator | R210 111 | AL902001903 | $ 50.00 |
| | 8 | Predator | R210 111 | AL901156605 | $ 50.00 |
| | 9 | Predator | R210 111 | AL811002474 | $ 50.00 |
| | 10 | Predator | R210 111 | AL704045044 | $ 50.00 |
| | | | | | |
| Tool Bins | | | 7 | Broom | |
| | | | 21 | Hard Rakes | |
| | | | 7 | Large Lopper | |
| | | | 7 | Ladder | |
| | | | 21 | Leaf Rakes | |
| | | | 7 | Lopper | |
| | | | 7 | Pick Axe | |
| | | | 14 | Pitchfork Large | |
| | | | 7 | Pitchfork Small | |
| | | | 7 | Scoop Shovel | |
| | | | 14 | Spade Shovel | |
| | | | 7 | Square Shovel | |
| | | | 21 | Steele Edging Shovel | |
| | | | 7 | Tarp Large | |
| | | | 7 | Tarp Small | |
| | | | 15 | Wheelbarrows | |
| 9 BINS WITH TOOLS EACH BEEN ESTIMATED AT $1,800 EACH FOR A TOTAL OF | | | | | $ 6,750.00 |
| | | | | | |
| Tool Room | | | | | |
| | | All hand tools and mechanics tools | | | $ 1,500.00 |
| | | | | | |
| Parts and Supplies | 1 | All parts and supplies | | | $ 5,000.00 |
| | | | | | |
| Garage | | All extra equipment and supplies in garage | | | $ 21,000.00 |
| | | | | | |
| Office | | All office equipment and furniture | | | $ 5,000.00 |
| | | | | | $ 42,700.00 |
| | | | | | |
| **GRAND TOTAL OF ALL EQUIPMENT AND SUPPLIES** | | | | | **$ 170,225.00** |

| EQUIPMENT LIST | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Equipment | # | Make | Model | Serial # | Value | Equipment | # | Make | Model | Serial # | Value |
| | | | | | | | | | | | |
| Bobcat | 1 | Bobcat | S150 | A3L137742 | $ 10,000.00 | | | | | | |
| | | | | | | Chainsaws | | | | | |
| Bed Edgers | 1 | W/GX200 | BE400 | BE4-15188 | $ 750.00 | | 1 | Stihl | | 4303 | $ 50.00 |
| | | | | | | | 2 | Stihl | | 4306 | $ 50.00 |
| Tillers | 1 | Craftmans | II | 0111935-003554 | $ 50.00 | | | | | | |
| | 2 | Small Stihl | MM55 | 521028754 | $ 50.00 | Hedge Trimmers | | | | | |
| | 3 | Small Stihl | MM55 | 511355738 | $ 50.00 | | 1 | Stihl | HS82R | 520760444 | $ 50.00 |
| | | | | | | | 2 | Stihl | HS82R | 515288162 | $ 50.00 |
| Mowers | | | | | | | 3 | Stihl | HS82R | 520760443 | $ 50.00 |
| | 1 | Exmark | X-Series | SN403121789 | $ 3,500.00 | Water Pumps | 1 | Predator | R210 111 | A1901005846 | $ 50.00 |
| | 2 | Exmark | X-Series | SN402988423 | $ 3,500.00 | | 2 | Predator | R210 111 | A1901136771 | $ 50.00 |
| | 3 | Exmark | X-Series | SN403121790 | $ 3,500.00 | | | | | | |
| | 10 | | Push Mower | No Serial # | $ 25.00 | Tool Bins | | QTY | TOOL | | |
| | 11 | | Push Mower | No Serial # | $ 25.00 | | | 2 | Broom | | |
| | | | | | | | | 3 | Hard Rakes | | |
| | 1 | RedMax | EBZ8500 | 20194200830 | $ 50.00 | | | 2 | Large Lopper | | |
| Blowers | 2 | RedMax | EBZ8500 | 20184300875 | $ 50.00 | | | 1 | Ladder | | |
| | 3 | RedMax | EBZ8500 | 20190200539 | $ 50.00 | | | 3 | Leaf Rakes | | |
| Weed Eaters | 5 | | | | | | | 2 | Lopper | | |
| | 6 | RedMax | | M5306 | $ 50.00 | | | 1 | Pick Axe | | |
| | 7 | RedMax | | M5303 | $ 50.00 | | | 2 | Pitchfork Large | | |
| | 8 | RedMax | | M5301 | $ 50.00 | | | 2 | Pitchfork Small | | |
| | | | | | | | | 2 | Scoop Shovel | | |
| | | | | | | | | 3 | Spade Shovel | | |
| Weed Eater Sidewalk Edger | 1 | Stihl | | 4231 | $ 50.00 | | | 2 | Square Shovel | | |
| | 2 | Stihl | | 512156517 | $ 50.00 | | | 3 | Steele Edging Shovel | | |
| | | | | | | | | 1 | Tarp Large | | |
| Long Pole Hedge | 1 | Stihl | | 515288162 | $ 50.00 | | | 1 | Tarp Small | | |
| | | | | | | | | 2 | Wheelbarrows | | |
| Long Pole Chainsaw | 1 | Stihl | | 4223 | $ 50.00 | 1 BIN WITH TOOLS EACH BEEN ESTIMATED AT $3800 EACH FOR A TOTAL OF: | | | | | $ 750.00 |
| | | | | | $ 21,950.00 | | | | | | |
| | | | | | | | | | | | |
| | | | | | | Tool Room | | | | | |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | |
| | | | | | | Parts and Supplies | | 18 | Blades | | $ 2,000.00 |
| | | | | | | | | 3 | Weed eater sting | | |
| | | | | | | | | 2 | Drivebelts | | |
| | | | | | | | | 4 | Oil 4 cases 10/30 | | |
| | | | | | | | | 4 | Head tops weed eater | | |
| | | | | | | | | | | | |
| | | | | | | Office | | | | | |
| | | | | | | | | | | | $ 3,100.00 |

| | |
|---|---|
| GRAND TOTAL OF ALL EQUIPMENT AND SUPPLIES | $ 25,050.00 |

| New Tk # | Old Tk # | Year | Make | Model | VIN # | Body Type | Plow | Plow Model | Type of Blade | Salt Spreader | Spreader Model | Spreader Model/Serial # | Plow Value | Salt Spreader Value | Truck value | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M7 | 23 | 2019 | Isuzu | NPR | 54DCDW1B2KS803285 | cab over, flat bed | Yes | Snow Dog | No | Yes | Snow Dog | 14005 Series/9263 | $ 2,000.00 | $ 500.00 | $ 20,000.00 | $ 22,500.00 |
| Dump Trailer | | 2019 | | | | | | | | | | | | | $ 3,750.00 | $ 3,750.00 |
| | | | | | | | | | | | | | | | | $ 26,250.00 |

| New Tk # | Old Tk # | Year | Make | Model | VIN # | Body Type | Plow | Plow Value | Salt Spreader Value | Truck Value |
|---|---|---|---|---|---|---|---|---|---|---|
| L2 | 6 | 2018 | Isuzu | NQR | JALE5W164J7900470 | cab over, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| L4 | 14 | 2015 | Ford | F550 | 1FDUF5HY7FEB96825 | single, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 17,500.00 |
| L5 | 15 | 2015 | Ford | F550 | 1FDUF5HY2FEB83854 | single, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 17,500.00 |
| L6 | 17 | 2016 | Ford | F550 | 1FD0X5HT1GEB27470 | extended cab wing doors, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 17,500.00 |
| L8 | 29 | 2019 | Isuzu | NPR | 54DC4W1B3KS803604 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| L9 | 31 | 2019 | Isuzu | NPR | 1FDBF2A64DEB65463 | Single, Dump bed | No | | | $ 20,000.00 |
| L10 | 32 | 2019 | Isuzu | NPR | 54DC4W1B7K803802 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| L11 | 33 | 2019 | Isuzu | NPR | 54DB4W1B3KS811133 | cab over, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M1 | 5 | 2016 | Isuzu | NPR | 54DC4W1B6GS809372 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M2 | 18 | 2017 | Isuzu | NPR | 54DC4W1C4GSB812635 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M3 | 25 | 2018 | Isuzu | NPR | 54DBW1B9HS801229 | cab over, flat bed | Yes | $ 2,000.00 | | $ 20,000.00 |
| M4 | 27 | 2017 | Isuzu | NPR | 54DB4W1B8HS806311 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M5 | 28 | 2018 | Isuzu | NPR | 54DC4W1C9JS801752 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M6 | 22 | 2019 | Isuzu | NPR | 54DC4W1B4JS801312 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M7 | 23 | 2019 | Isuzu | NPR | 54DCDW1B2KS803285 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M8 | 24 | 2019 | Isuzu | NPR | 54DC4W1B8KS811178 | cab over, flat bed | Yes | $ 2,000.00 | | $ 20,000.00 |
| M9 | 34 | 2019 | Isuzu | NPR | 54DC4W1B8KS811617 | cab over, flat bed | Yes | $ 2,000.00 | | $ 20,000.00 |
| SP1 | 16 | 2004 | Ford | F250 | 1FTNF21L04EC48573 | single, regular bed | Yes | $ 2,000.00 | | $ 2,500.00 |
| W1 | 8 | 2018 | Chevy | 3500 | 1GB3KVCG7KF125062 | Single, Flat Bed | Yes | $ 2,000.00 | $ 500.00 | $ 13,500.00 |
| W2 | 21 | 2018 | Chevy | 3500 | 1GB3KVCG7KF107872 | Single, Flat Bed | Yes | $ 2,000.00 | $ 500.00 | $ 13,500.00 |
| W3 | 2 | 2007 | Chevy | 2500HD | 1GCHK24UX7E102571 | single, regular bed | Yes | $ 2,000.00 | | $ 2,500.00 |
| W4 | 10 | 2012 | Ford | F250 | 1FTBF2B68CEA96343 | single, regular bed | Yes | $ 2,000.00 | $ 500.00 | $ 2,500.00 |
| W6 | 12 | 2004 | Ford | F250 | 1FTNW21L24EC44931 | crew cab 4 dr, regular bed | Yes | $ 2,000.00 | $ 500.00 | $ 500.00 |
| W7 | 4 | 2004 | Chevy | 2500HD | 1GCHK24U64E171530 | single, regular bed | Yes | $ 2,000.00 | | $ 500.00 |
| w9 | 8 | 2018 | Chevy | 3500 | | Single, Flat Bed | Yes | $ 2,000.00 | $ 500.00 | $ 13,500.00 |
| w10 | 21 | 2018 | Chevy | 3500 | | Single, Flat Bed | Yes | $ 2,000.00 | $ 500.00 | $ 13,500.00 |
| F1/W8 | 9 | 2013 | Ford | F250 | 1FTBF2B67DEB22710 | single, regular bed | Yes | $ 2,000.00 | $ 500.00 | $ 5,000.00 |
| S1 | 1 | 2007 | Toyota | Tacoma | 5TENX22N07Z378268 | single | No | | | $ 2,500.00 |
| S2 | 19 | 2017 | Toyota | Tacoma | 5TFRX5GN0HX095468 | extended cab wing doors, regular bed | No | | | $ 12,500.00 |
| S3 | 20 | 2014 | Toyota | Tacoma | 5TFTX4CN3EX046007 | extended cab wing doors, regular bed | No | | | $ 7,500.00 |
| S4 | 30 | 2023 | Toyota | Tacoma | 3TMCZ5AN5JM150565 | Extended Cab | No | | | $ 22,000.00 |
| Salt truck | 35 | 2007 | International | 7300 | IHTWAAARX7J413254 | Single cab | Yes | $ - | $ - | $ 15,000.00 |

**Fill in this information to identify the case:**

Debtor name     New Wave Property Service, LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
Ally Financial

Creditor's mailing address
P.O. Box 380901
Cockeysville, MD 21030

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number   4950

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

Describe debtor's property that is subject to a lien
2021 Ram 4500HD

$ 32,644.86          $ 0.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Ally Financial

Creditor's mailing address
P.O. Box 38091
Minneapolis, MN 55438

Creditor's email address, if known
_____

Date debt was incurred  _____
Last 4 digits of account number   5752

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2022 Trax

$20,747.89          $0.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 2,474,598.38

Debtor     New Wave Property Service, LLC
                Name

Case number (if known)_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Ally Financial

**Describe debtor's property that is subject to a lien**

2023 GMC Sierra                                      $73,593.01     $0.00

**Creditor's mailing address**

P.O. Box 380901
Minneapolis, MN 55438

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**     5816

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Bankers Healthcare Group

**Describe debtor's property that is subject to a lien**

$247,601.74     $0.00

**Creditor's mailing address**

10234 W. State Road 84
Davie, FL 33324

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor ___New Wave Property Service, LLC_____    Case number *(if known)*_____
      Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name
CNB Bank

Creditor's mailing address
_____

202 West Stevens Street
Carlsbad, NM 88220

Creditor's email address, if known
_____

Date debt was incurred _____
Last 4 digits of account number _____

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Notice Only

**Describe the lien**
, UCC File 202209292983577

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $Unknown
Column B: $Unknown

---

**2.6** Creditor's name
Huntington National Bank

Creditor's mailing address
_____

PO Box 182232
GW1W34, Columbus, OH 43218-2232

Creditor's email address, if known
_____

Date debt was incurred 09/17/2020
Last 4 digits of account number --83

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☑ No. Specify each creditor, including this creditor, and its relative priority.

| Huntington National Bank, 1st; Huntington National Bank, 1st; |
|---|

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attached Equipment list, Accounts Receivable, Chemicals, Salt, Mulch, Fertilizer, Office furniture

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $731,461.93
Column B: $1,007,795.20

---

Debtor    New Wave Property Service, LLC

Name

Case number *(if known)* _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>*Value of collateral that supports this claim* |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7** **Creditor's name**
Huntington National Bank

_____

**Creditor's mailing address**

PO Box 182232
GW1W34, Columbus, OH 43218-2232

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 03/25/2020
**Last 4 digits of account number** --42

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**
See attached Equipment list, Accounts Receivable, Chemicals, Salt, Mulch, Fertilizer, Office furniture

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$349,500.00 | $1,007,795.20

---

**2.8** **Creditor's name**
The Huntington National Bank

_____

**Creditor's mailing address**

5555 Cleveland Ave
GW1W37, Columbus, OH 43231

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 09/17/2020
**Last 4 digits of account number** -109

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines 2.4

**Describe debtor's property that is subject to a lien**
See attached Equipment list, Accounts Receivable, Chemicals, Salt, Mulch, Fertilizer, Office furniture

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$170,371.33 | $1,007,795.20

---

Debtor New Wave Property Service, LLC
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9 Creditor's name**
The Huntington National Bank

_____

**Creditor's mailing address**

5555 Cleveland Ave.
GW1W37, Columbus, OH 43231

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 12/12/2018
**Last 4 digits of account number** --67

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See attached Equipment list, Accounts Receivable, Chemicals, Salt, Mulch, Fertilizer, Office furniture

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $352,677.62
Column B: $1,007,795.20

---

**2.10 Creditor's name**
U.S. Small Business Administration

_____

**Creditor's mailing address**

CESC - Covid EIDL Service Center
14925 Kingsport Road, Fort Worth, TX 761

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____
**Last 4 digits of account number** 7800

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Disaster loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $496,000.00
Column B: $0.00

---

Debtor  New Wave Property Service, LLC
_____
Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ally Bank<br>P.O. Box 8133<br>Cockeysville, MD, 21030 | Line 2. 1 | _____ |
| Ally Bank<br>P.O. Box 8133<br>Cockeysville, MD, 21030 | Line 2. 2 | _____ |
| Ally Bank<br>P.O. Box 8133<br>Cockeysville, MD, 21030 | Line 2. 3 | _____ |
| CT Corporation<br>330 N. Brand Blvd., Suite 700<br>Attn: SPRS<br>Glendale, CA, 91203 | Line 2. 5 | _____ |
| Jason Burke<br>Blackwell Burke & Ramsey<br>101 W. Ohio Street, Suite 1700<br>Indianapolis, IN, 46204 | Line 2. 6 | _____ |
| Jason Burke<br>Blackwell Burke & Ramsey<br>101 W. Ohio Street, Suite 1700<br>Indianapolis, IN, 46204 | Line 2. 7 | _____ |
| Jason Burke<br>Blackwell Burke & Ramsey<br>101 W. Ohio Street, Suite 1700<br>Indianapolis, IN, 46204 | Line 2. 8 | _____ |
| Jason Burke<br>Blackwell Burke & Ramsey<br>101 W. Ohio Street, Suite 1700<br>Indianapolis, IN, 46204 | Line 2. 9 | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    New Wave Property Service, LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Indiana Department of Revenue<br>Bankruptcy Section<br>100 N. Senate Avenue, MS 108<br>Indianapolis, IN, 46204 | As of the petition filing date, the claim is: $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>Indiana Department of Workforce Development<br>10 N. Senate Ave., Room SE 201<br>Indianapolis, IN, 46204 | As of the petition filing date, the claim is: $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA, 191017346 | As of the petition filing date, the claim is: $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ _____ |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Taxes & Other Government Units | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | | |

Debtor   New Wave Property Service, LLC _____   Case number (if known) _____
         Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
BestOne
9302 East 30th Stret
Indianapolis, IN, 46229

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,588.00

Date or dates debt was incurred   12/19/2022

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
BHG Financial, LLC
Cardmember Services
P.O. Box 540190
Omaha, NE, 68154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 22,996.69

Date or dates debt was incurred   _____

Last 4 digits of account number   7125

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Bobcat of Indy
2935 Bluff Road
Indianapolis, IN, 46225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 13,319.00

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Browns Oil Service
4800 Van Cleave Street
Indianapolis, IN, 46226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 48,669.96

Date or dates debt was incurred   _____

Last 4 digits of account number   368

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
Chase Ink
P.O. Box 15298
Wilmington, DE, 19850-5298

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 81,224.45

Date or dates debt was incurred   _____

Last 4 digits of account number   0129

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Cintas Corporation #0G65
7258 Georgetown Road
Indianapolis, IN, 46268

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 741.63

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  New Wave Property Service, LLC _____  Case number *(if known)* _____
        Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.7**  **Nonpriority creditor's name and mailing address**

DivvyPay, LLC / MVB Bank, Inc.
Attn: Legal
13707 S. 200 W,  Suite 100
Draper, UT, 84020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 23,842.27

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.8**  **Nonpriority creditor's name and mailing address**

Duke Energy
P.O. Box 1327
Charlotte, NC, 28201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 6,071.54

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.9**  **Nonpriority creditor's name and mailing address**

Effects Property Management LLC
3921 N. Fruitridge Avenue
Terre Haute, IN, 47805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ Unknown

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.10**  **Nonpriority creditor's name and mailing address**

ERC Specialists
560 E. Timpanogos Circle
Orem, UT, 84097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 39,124.48

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 73135

---

**3.11**  **Nonpriority creditor's name and mailing address**

Erie Insurance
100 Erie Insurance Place
Erie, PA, 16530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 10,250.88

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor  New Wave Property Service, LLC                                        Case number (if known)_____
        _____
        Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** Nonpriority creditor's name and mailing address

FE Moran Security Solutions
201 W. University Ave.
Champaign, IL, 61820

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ 11,016.00

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.13** Nonpriority creditor's name and mailing address

Fifth Third Bank
5050 Kingsley Drive
MD 1MOC2G
Cincinnati, OH, 45227

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 72,057.67

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  4044

---

**3.14** Nonpriority creditor's name and mailing address

First Merchants Bank
200 E. Jackson St.
Muncie, IN, 47305

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$ 118,636.90

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

---

**3.15** Nonpriority creditor's name and mailing address

Hendricks Regional Health Immediate Care Center
5492 N. Ronald Reagan Pkwy, Suite 1
Brownsburg, IN, 46112

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

$ Unknown

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred  03/28/2022
Last 4 digits of account number  _____

---

**3.16** Nonpriority creditor's name and mailing address

Huntington National Bank
P.O. Box 1558
Columbus, OH, 43216

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card Debt

$ 21,492.49

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____
Last 4 digits of account number  2540

---

Debtor  New Wave Property Service, LLC
_____    Case number (if known) _____
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Jeremy Ryan
636 Old Ashbury Road
Westfield, IN, 46074

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.18** Nonpriority creditor's name and mailing address

Juan Barrantes
27628 Will Parker Rd
Arcadia, IN, 46030

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ Unknown

---

**3.19** Nonpriority creditor's name and mailing address

McNeely Law
2177 Intelliplex Dr., Suite 251
Shelbyville, IN, 46176

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,313.00

---

**3.20** Nonpriority creditor's name and mailing address

Mister Ice
7954 East 88th Street
Indianapolis, IN, 46256

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Date or dates debt was incurred _____
Last 4 digits of account number  53541

Is the claim subject to offset?
☒ No
☐ Yes

$ 119.04

---

**3.21** Nonpriority creditor's name and mailing address

Prestige Fleet Services
745 W. Winder Industrial Pkwy
Winder, GA, 30680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____
Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,096.44

---

Debtor  New Wave Property Service, LLC _____  Case number *(if known)* _____
　　　　　Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.22**  Nonpriority creditor's name and mailing address

Ramp Business Corporation
71 5th Avenue, 6th Floor
New York, NY, 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 294,261.15

**Basis for the claim:** Credit Card Debt

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address

Roy Coglianese
c/o Daniel Gore
104 S. Franklin Road
Bloomington, IN, 47404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

$ Unknown

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**  Nonpriority creditor's name and mailing address

Site One Landscape Supply
8569 Zionsville Road
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 216,986.17

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number ___8252_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**  Nonpriority creditor's name and mailing address

Slope
7 Freelon St.
San Francisco, CA, 94107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 116,355.87

**Basis for the claim:** Services

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**  Nonpriority creditor's name and mailing address

Sunbelt Rentals Inc.
P.O. Box 409211
Atlanta, GA, 303847

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 20,215.14

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  New Wave Property Service, LLC
     Name

Case number *(if known)* _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Tiffany Lawn & Garden Supply
4931 Robinson Rd.
Indianapolis, IN, 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 2,716.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  5400

---

**3.28** Nonpriority creditor's name and mailing address

U.S. Department of Labor
135 N. Pennsylvania Street, Room 700
Indianapolis, IN, 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 121,852.78

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.29** Nonpriority creditor's name and mailing address

UniFirst Corporation
4201 Industrial Blvd
Indianapolis, IN, 46246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

$ 52,122.29

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.30** Nonpriority creditor's name and mailing address

Waverly Industries
145 W. Shore Dr.
Culver, IN, 46511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.____** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

Debtor   New Wave Property Service, LLC
         _____
         Name

                                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Brennan Manna Diamond<br>250 Civic Center Dr., Suite 300<br>Columbus, OH, 43215 | Line 3.29<br>☐ Not listed. Explain: | _____ |
| 4.2. | Dan McAfee<br>Katzman & Katzman<br>3500 DePauw Blvd., Suite 2100<br>Indianapolis, IN, 46268 | Line 3.9<br>☐ Not listed. Explain | _____ |
| 4.3. | FE Moran Security Solutions<br>5155 N. Shadeland Ave., Suite 101<br>Indianapolis, IN, 46226 | Line 3.12<br>☐ Not listed. Explain | _____ |
| 4.4. | Jason Burke<br>Blackwell Burke & Ramsey<br>101 W. Ohio Street, Suite 1700<br>Indianapolis, IN, 46204 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 4.1 | Parsons King, LLC<br>P.O. Box 6044<br>Fishers, IN, 46038 | Line 3.30<br>☐ Not listed. Explain | _____ |
| 4.5. | Project Resources Group, Inc. - Outside Plant Damage<br>5960 DTC Blvd., Suite 650E<br>Greenwood Village, NC, 80111 | Line 3.8<br>☐ Not listed. Explain | _____ |
| 4.6. | Road Solutions<br>15015 Ascot Hills Dr.<br>Carmel, IN, 46032 | Line 3.30<br>☐ Not listed. Explain | _____ |
| 4.7. | Site One<br>300 Colonial Center Prkw<br>Suite 600<br>Roswell, GA, 30076 | Line 3.24<br>☐ Not listed. Explain | _____ |
| 4.8. | Transworld Systems, Inc.<br>500 Virginia Dr., Suite 514<br>Fort Washington, PA, 19034 | Line 3.14<br>☐ Not listed. Explain | _____ |
| 4.9. | U.S. Department of Labor<br>P.O. Box 282<br>Galveston, IN, 46932 | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | UniFirst Corporation<br>68 Jonspin Road<br>Wilmington, MA, 01887 | Line 3.29<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor _____New Wave Property Service, LLC_____     Case number *(if known)* _____
                 Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,307,069.84 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,307,069.84 |

**Fill in this information to identify the case:**

Debtor name: New Wave Property Service, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 5500 W. 96th Street, Zionsville, IN 46040<br>Lessee | William Reasor<br>1851 Broadway St.<br>Fortville, IN, 46040 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Services | Juan Barrantes<br>27628 Will Parker Rd<br>Arcadia, IN, 46030 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Lease of Equipment | Jeremy Ryan<br>636 Old Ashbury Rd<br>Westfield, IN, 46074 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Non-Compete | Juan Barrantes<br>27628 Will Parker Rd.<br>Arcadia, IN, 46030 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Equipment | Waverly Industries<br>145 W. Shore Dr.<br>Culver, IN, 46511 |

Debtor  New Wave Property Service, LLC
_____
Name

Case number *(if known)* _____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | Office equipment |

**2.6** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number o any government contract

Wells Fargo
800 Walnut, 4th Floor
Des Moines, IA, 50309

**2.7** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

New Equipment Leasing, Inc.
P.O. Box 97
Ada, MI, 49301

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.___** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

| Fill in this information to identify the case: |
| --- |

Debtor name __New Wave Property Service, LLC__

United States Bankruptcy Court for the: __Southern District of Indiana__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Kimberly Ryan | 636 Old Ashbury Road<br>Westfield, IN 46074 | U.S. Small Business Adm | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Jeremy Ryan | 636 Old Ashbury Rd<br>Westfield, IN 46074 | Huntington National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Jeremy Ryan | 636 Old Ashbury Rd<br>Westfield, IN 46074 | Huntington National Bank | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Jeremy Ryan | 636 Old Ashbury Rd<br>Westfield, IN 46074 | Chase Ink | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 Jeremy Ryan | 636 Old Ashbury Rd<br>Westfield, IN 46074 | Fifth Third Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 Kimberly Ryan | 636 Old Ashbury Rd<br>Westfield, IN 46074 | Huntington National Bank | ☑ D<br>☐ E/F<br>☐ G |

Debtor    New Wave Property Service, LLC                                    Case number *(if known)*_____
_____
Name

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7  Jeremy Ryan | 636 Old Ashbury Rd Westfield, IN 46074 | Bankers Healthcare Group | ☑ D  ☐ E/F  ☐ G |
| 2.8  Jeremy Ryan | 636 Old Ashbury Rd Westfield, IN 46074 | Huntington National Bank | ☐ D  ☑ E/F  ☐ G |
| 2.9  Jeremy Ryan | 636 Old Ashbury Rd Westfield, IN 46074 | The Huntington National Bank | ☑ D  ☐ E/F  ☐ G |
| 2.10  Jeremy Ryan | 636 Old Ashbury Rd Westfield, IN 46074 | U.S. Small Business Administration | ☑ D  ☐ E/F  ☐ G |
| 2.11  Jeremy Ryan | 636 Old Ashbury Rd Westfield, IN 46074 | The Huntington National Bank | ☑ D  ☐ E/F  ☐ G |
| 2.12  Kimberly Ryan | 636 Old Ashbury Rd Westfield, IN 46074 | The Huntington National Bank | ☑ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |
| 2.___ | | | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor name _New Wave Property Service, LLC_

United States Bankruptcy Court for the: _Southern District of Indiana_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 12/29/2023<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ 3,434,838.15 |
| **For prior year:** | From 01/01/2022<br>MM / DD / YYYY | to 12/31/2022<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,100,959.00 |
| **For the year before that:** | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,216,309.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor    New Wave Property Service, LLC
_____    Case number (if known)_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------------------------------------------------------|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Perennials Plus<br>Creditor's name<br>4510 W. 166th Street<br>Westfield, IN 46074 | | $ 1.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |
| 4.2. | _____<br>Insider's name<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $ _____ | |

Debtor    New Wave Property Service, LLC
_____
Name                                                      Case number (if known)_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Waverly Industries LLC v. New Wave Property Service<br><br>**Case number**<br>06D01-2301-PL-0063 | | Boone County Superior Court<br><br>307 Courthouse Sq.<br>Lebanon, IN 46052 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Roy Coglianese v. Shri Mangalamurti Inc. and New Wave Property Services LLC<br><br>**Case number**<br>41D04-2202-CT-00050 | Complaint for damages | Johnson County Superior Court<br><br>5 E. Jefferson Street<br>Franklin, IN 46131 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    New Wave Property Service, LLC
_____    Case number (if known)_____
          Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Meals on Wheels | Charity contribution | 09/01/2023 | $ 1,500.00 |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| 9.2. | | _____ | $_____ |
| Recipient's name | | _____ | $_____ |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| Car accident - 2018 Toyota Tacoma (damages and coverage for accident unknown at the time of filing) | 0.00 | 12/27/2023 | $ 0.00 |

---

Debtor      New Wave Property Service, LLC
            _____          Case number (if known)_____
            Name

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hester Baker Krebs LLC | | 07/28/2023 | $ 20,000.00 |
| | **Address** | | | |
| | One Indiana Square, Suite 1330 Indianapolis, IN 46204 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |

Debtor  New Wave Property Service, LLC
_____
Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | EquipLine LLC | Miscellaneous equipment auctioned between 6/29/22 to 9/19/2023 | 09/19/2023 | $ 120,313.92 |
| | **Address**<br>17364 Graley Pl<br>Westfield, IN 46074 | | | |
| | **Relationship to debtor**<br>N/A | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor    New Wave Property Service, LLC
          _____    Case number *(if known)*_____
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name |  | _____ |
|  |  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name |  | _____ |
|  |  | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    New Wave Property Service, LLC
       Name                                                              Case number (if known)

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First Merchants Bank (Checking Acct) (En<br>Name | XXXX– 1589 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 05/01/2023 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX– _____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

Debtor    New Wave Property Service, LLC
_____    Case number *(if known)*_____
Name

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | | | |
| Name | | | |

| Part 12: | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

| Debtor | New Wave Property Service, LLC | Case number *(if known)* _____ |
|--------|---------------------|---------------------------------|
| | Name | |

---

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|----------------------|-----------------------------------|----------------------------|----------------|
| _____ Name | _____ Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|-------|---------------------------|-------------------------------------|------------------------------------------------------------------------------|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____   To _____ |

---

Debtor    New Wave Property Service, LLC

Name

Case number *(if known)*_____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Carolyn J. Smith<br>Name<br>8617 Log Run Dr. S, Indianapolis, IN 46234 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2.   J.R. Helms & Associates<br>Name<br>7960 Zionsville Road, Indianapolis, IN 46268 | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  <br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.  <br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  <br>Name | |

---

Debtor    New Wave Property Service, LLC
_____
Name

Case number (if known)_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Juan Barrantes<br>_____<br>Name<br>27629 Will Parker Rd., Arcadia, IN 46030 |

| Name and address |
|---|
| 26d.2.    The Huntington National Bank<br>_____<br>Name<br>5555 Cleveland Ave., Columbus, OH 43231 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.    _____<br>Name |

Debtor    New Wave Property Service, LLC
_____
          Name

Case number (if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.2. _____ <br> Name |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Ryan | 636 Old Ashbury Road, Westfield, IN 46074 | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Jeremy Ryan <br> Name <br> 636 Old Ashbury Road <br> Westfield, IN 46074 | 269,998.04 | _____ | Salary |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| Owner | | _____ | |

Debtor    New Wave Property Service, LLC _____    Case number *(if known)*_____
          Name

| | | |
|---|---|---|
| **Name and address of recipient** | 4,807.70 | Account execute wages |
| 30.2 Jeremy Ryan | _____ | |
| Name | | |
| 636 Old Ashbury Road | _____ | |
| Westfield, IN 46074 | | |
| | _____ | |
| **Relationship to debtor** | _____ | |
| Owner | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| CBIZ Retirement & Investment Solutions | EIN: _____ |

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/29/2023
              MM / DD / YYYY

✘ /s/ Jeremy Ryan _____    Printed name   Jeremy Ryan _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name   New Wave Property Service, LLC _____     Case number (*if known*)_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Effects Property Management v. New Wave Property Service, LLC**

**06D01-2207-CC-000825**

**Complaint for breach of Contract**

**Boone County Superior Court**

**307 Courthouse Sq, Lebanon, IN 46052**

**Pending**

**-------**


**17) Pension Contributions**

**CBIZ Retirement &**
**Investment Solutions**


**26d) Creditors**

**Sheffield**

**Fill in this information to identify the case and this filing:**

Debtor Name    New Wave Property Service, LLC

United States Bankruptcy Court for the:    Southern District of Indiana

Case number (*If known*):    _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    12/29/2023            ✘ /s/ Jeremy Ryan
                MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                      Jeremy Ryan
                                      Printed name

                                      _____
                                      Position or relationship to debtor

Verification of Creditor List (rev 12/01/18)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

In re:                                                    )
New Wave Property Service, LLC _____ )        Case No. _____
*[Name of Debtor(s)]*                                     )            *(xx-xxxxx)*
_____ )
                                    ,                      )
                        Debtor(s).     )

☐   Check if this form
is submitted with an
amended creditor list.

## <u>VERIFICATION OF CREDITOR LIST</u>

(I/We) declare under penalty of perjury that all entities included or to be included in
Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification.
This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to
the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment
fee if there are entities listed on (my/our) schedules that are not included in the creditor
list submitted with this verification.

Dated:  12/29/2023 _____

/s/ Jeremy Ryan
_____
Signature of Debtor


_____
Signature of Joint Debtor


**(Note:  Certificate of Service not required.)**

Ally Bank
P.O. Box 8133
Cockeysville, MD 21030

Ally Financial
P.O. Box 380901
Cockeysville, MD 21030

Ally Financial
P.O. Box 38091
Minneapolis, MN 55438

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438

Bankers Healthcare Group
10234 W. State Road 84
Davie, FL 33324

BestOne
9302 East 30th Stret
Indianapolis, IN 46229

BHG Financial, LLC
Cardmember Services
P.O. Box 540190
Omaha, NE 68154

Bobcat of Indy
2935 Bluff Road
Indianapolis, IN 46225

Brennan Manna Diamond
250 Civic Center Dr., Suite 300
Columbus, OH 43215

Browns Oil Service
4800 Van Cleave Street
Indianapolis, IN 46226

Chase Ink
P.O. Box 15298
Wilmington, DE 19850-5298

Cintas Corporation #0G65
7258 Georgetown Road
Indianapolis, IN 46268

CNB Bank
202 West Stevens Street
Carlsbad, NM 88220

CT Corporation
330 N. Brand Blvd., Suite 700
Attn: SPRS
Glendale, CA 91203

Dan McAfee
Katzman & Katzman
3500 DePauw Blvd., Suite 2100
Indianapolis, IN 46268

DivvyPay, LLC / MVB Bank, Inc.
Attn: Legal
13707 S. 200 W, Suite 100
Draper, UT 84020

Duke Energy
P.O. Box 1327
Charlotte, NC 28201

Effects Property Management LLC
3921 N. Fruitridge Avenue
Terre Haute, IN 47805

ERC Specialists
560 E. Timpanogos Circle
Orem, UT 84097

Erie Insurance
100 Erie Insurance Place
Erie, PA 16530

FE Moran Security Solutions
201 W. University Ave.
Champaign, IL 61820

FE Moran Security Solutions
5155 N. Shadeland Ave., Suite 101
Indianapolis, IN 46226

Fifth Third Bank
5050 Kingsley Drive
MD 1MOC2G
Cincinnati, OH 45227

First Merchants Bank
200 E. Jackson St.
Muncie, IN 47305

Hendricks Regional Health Immediate Care Cent
5492 N. Ronald Reagan Pkwy, Suite 1
Brownsburg, IN 46112

Huntington National Bank
P.O. Box 1558
Columbus, OH 43216

Huntington National Bank
PO Box 182232
GW1W34
Columbus, OH 43218-2232

Indiana Department of Revenue
Bankruptcy Section
100 N. Senate Avenue, MS 108
Indianapolis, IN 46204

Indiana Department of Workforce Development
10 N. Senate Ave., Room SE 201
Indianapolis, IN 46204

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 191017346

Jason Burke
Blackwell Burke & Ramsey
101 W. Ohio Street, Suite 1700
Indianapolis, IN 46204

Jeremy Ryan
636 Old Ashbury Road
Westfield, IN 46074

Jeremy Ryan
636 Old Ashbury Rd
Westfield, IN 46074

Juan Barrantes
27628 Will Parker Rd
Arcadia, IN 46030

Juan Barrantes
27628 Will Parker Rd.
Arcadia, IN 46030

Kimberly Ryan
636 Old Ashbury Road
Westfield, IN 46074

Kimberly Ryan
636 Old Ashbury Rd
Westfield, IN 46074

McNeely Law
2177 Intelliplex Dr., Suite 251
Shelbyville, IN 46176

Mister Ice
7954 East 88th Street
Indianapolis, IN 46256

New Equipment Leasing, Inc.
P.O. Box 97
Ada, MI 49301

Parsons King, LLC
P.O. Box 6044
Fishers, IN 46038

Prestige Fleet Services
745 W. Winder Industrial Pkwy
Winder, GA 30680

Project Resources Group, Inc. - Outside Plant
5960 DTC Blvd., Suite 650E
Greenwood Village, NC 80111

Ramp Business Corporation
71 5th Avenue, 6th Floor
New York, NY 10003

Road Solutions
15015 Ascot Hills Dr.
Carmel, IN 46032

Roy Coglianese
c/o Daniel Gore
104 S. Franklin Road
Bloomington, IN 47404

Roy Coglianese
c/o Daniel Core
104 S. Franklin
Bloomington, IN 47404

Site One
300 Colonial Center Prkw
Suite 600
Roswell, GA 30076

Site One Landscape Supply
8569 Zionsville Road
Indianapolis, IN 46268

Slope
7 Freelon St.
San Francisco, CA 94107

Sunbelt Rentals Inc.
P.O. Box 409211
Atlanta, GA 303847

The Huntington National Bank
5555 Cleveland Ave
GW1W37
Columbus, OH 43231

The Huntington National Bank
5555 Cleveland Ave.
GW1W37
Columbus, OH 43231

Tiffany Lawn & Garden Supply
4931 Robinson Rd.
Indianapolis, IN 46268

Transworld Systems, Inc.
500 Virginia Dr., Suite 514
Fort Washington, PA 19034

U.S. Department of Labor
135 N. Pennsylvania Street, Room 700
Indianapolis, IN 46204

U.S. Department of Labor
P.O. Box 282
Galveston, IN 46932

U.S. Small Business Administration
CESC - Covid EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155

UniFirst Corporation
4201 Industrial Blvd
Indianapolis, IN 46246

UniFirst Corporation
68 Jonspin Road
Wilmington, MA 01887

Waverly Industries
145 W. Shore Dr.
Culver, IN 46511

Wells Fargo
800 Walnut, 4th Floor
Des Moines, IA 50309

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Southern District of Indiana

**In re** New Wave Property Service, LLC

Case No. _____

**Debtor**

Chapter <sup>11</sup> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 13,750.00 _____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $ 0.00 _____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

Total compensation shall be based upon the total hours of legal services rendered at the applicable attorney or legal assistant rates, plus expenses, less retainer paid, pursuant to a written engagement letter. No flat fee or flat rate is intended or implied.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the Debtor in any adversary proceeding.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12/29/2023

*Date*

/s/ Jeffrey  Hester, 22048-49

*Signature of Attorney*

Hester Baker Krebs LLC

*Name of law firm*

One Indiana Sq
Suite 1330
Indianapolis, IN 46204

**United States Bankruptcy Court**

**IN RE:**                                                                Case No._____

New Wave Property Service, LLC
_____ Chapter _____
                                                                          11

**LIST OF EQUITY SECURITY HOLDERS**

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Jeremy Ryan 636 Old Ashbury Road, Westfield, IN 46074 | 100 | Managing member |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

✖ /s/ Jeremy Ryan
_____

**Signature of individual signing on behalf of the debtor**

**Date** 12/29/2023

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** <u>Indiana - Southern</u>

In re <u>New Wave Property Service, LLC</u>

Case No. _____
Chapter <u>11</u>

_____
(Debtor(s))

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate

possible disqualification or recusal, the undersigned counsel for <u>New Wave Property Service, LLC</u>

in the above captioned action, certifies that the following is a (are) corporation(s), other than the

debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the

corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

<u>12/29/2023</u>
Date

<u>/s/ Jeffrey  Hester</u>
Statement of attorney or Litigant