AMENDED

---

**Fill in this information to identify the case and this filing:**

Debtor Name  New Wave Property Service, LLC

United States Bankruptcy Court for the:  Southern District of Indiana

Case number (*If known*):  23-05800-JMC-11

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* ____ A/B, D, E/F  **and Statement of Financial Affairs**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____          **✗** _____
　　　　　　MM / DD / YYYY　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

AMENDED

**Fill in this information to identify the case:**

Debtor name   New Wave Property Service, LLC

United States Bankruptcy Court for the: Southern District of Indiana

Case number (If known):   23-05800-JMC-11

☑ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. The Huntington National Bank (Checking Acct)(Endin | Checking | 0  8  0  3 | $ 0.00 |
| 3.2. See continuation sheet | | | $ 258,756.77 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $ _____
   4.2. _____          $ _____

5. **Total of Part 1**          $ 258,756.77

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $ _____
   7.2. _____          $ _____

AMENDED

| Debtor | New Wave Property Service, LLC | Case number *(if known)* 23-05800-JMC-11 |
|---|---|---|
| | Name | |

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11. Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 294,270.20 | − | 0.00 | = ....➔ $ 294,270.20 |
| | face amount | | doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | 0.00 | − | 0.00 | = ....➔ $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 294,270.20

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1. _____ | _____ | $_____ |
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1. _____ | _____% | _____ | $_____ |
| 15.2. _____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1. _____ | _____ | $_____ |
| 16.2. _____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

AMENDED

Debtor  New Wave Property Service, LLC
Name

Case number (*if known*) 23-05800-JMC-11

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | __ / __ / ____  MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | __ / __ / ____  MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | __ / __ / ____  MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| Chemicals, Salt, Mulch, Fertilizer | __ / __ / ____  MM / DD / YYYY | $ 10,000.00 | _____ | $ 10,000.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 10,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

AMENDED

Debtor    New Wave Property Service, LLC
_____
Name

Case number (*if known*) 23-05800-JMC-11
_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture | $_____ | _____ | $ 2,500.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ · | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

AMENDED

Debtor   New Wave Property Service, LLC
_____
         Name

Case number *(if known)*  23-05800-JMC-11
_____

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 701,025.00 | _____ | $ 706,025.00 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 706,025.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☑ Yes

AMENDED

| Debtor | New Wave Property Service, LLC | | Case number (if known) | 23-05800-JMC-11 |
|---|---|---|---|---|
| | Name | | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $ 500,000.00 | | Unknown<br>$_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 0.00

AMENDED

Debtor    New Wave Property Service, LLC
          _____
          Name

Case number *(if known)* 23-05800-JMC-11

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   - ☑ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☑ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____  0.00 _____ — 0.00 _____ = ➔ $ 0.00
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____   Tax year _____  $_____
   _____   Tax year _____  $_____
   _____   Tax year _____  $_____

73. **Interests in insurance policies or annuities**
   _____   $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   See continuation sheet _____   $ 11,056.83
   **Nature of claim** _____
   **Amount requested** $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   Employee theft _____   $ Unknown
   **Nature of claim** Employee theft _____
   **Amount requested** $ 1.00 _____

76. **Trusts, equitable or future interests in property**
   _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
   _____   $_____
   _____   $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.   $ 11,056.83

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☑ No
   - ☐ Yes

AMENDED

Debtor   New Wave Property Service, LLC
_____
Name

Case number *(if known)* 23-05800-JMC-11
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 258,756.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 294,270.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 10,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 706,025.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................... ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 11,056.83 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...................91a. | $ 1,282,608.80 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. 1,282,608.80 ............................................................................ $ 1,282,608.80

AMENDED

| Debtor 1 | New Wave Property Service, LLC | | Case number *(if known)* 23-05800-JMC-11 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| General description | Type of account | Last 4 digits of account number |
|---|---|---|
| First Merchants Bank (Savings Acct)(Ending 4085) | Savings | 4085 |
| Balance: 10.34 | | |
| First Merchants Bank (Checking Acct) (Ending 6690) | Checking | 6690 |
| Balance: 742.54 | | |
| Star Financial Bank (Checking Acct)(Ending 2553) | Checking | 2553 |
| Balance: 5,012.09 | | |
| Star Financial (Checking Acct)(Ending 2597) | Checking | |
| Balance: 13,828.68 | | |
| Star Financial Bank (Checking Acct)(Ending 2641) | Checking | 2641 |
| Balance: 37,551.56 | | |
| Star Financial Bank – Payroll account(Ending 2663) | Checking | 2663 |
| Balance: 138,092.61 | | |
| First Merchants Bank (Checking Acct) (Ending 1589) | Checking | 1589 |
| Balance: 0.00 | | |
| Star Financial Bank (Checking Acct)(Ending 2630) | Checking | 2630 |
| Balance: 16,392.31 | | |
| Star Financial Bank (Checking Acct)(Ending 2674) | Checking | 2674 |
| Balance: 13,306.59 | | |
| Star Financial Bank | Checking | 2608 |

AMENDED

| Debtor 1 | New Wave Property Service, LLC | | Case number (if known) | 23-05800-JMC-11 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Continuation Sheet for Official Form 206 A/B

**(Checking Acct)(Ending 2608)**

**Balance: 10,496.99**

| Star Financial Bank (Savings Acct)(Ending 5309) | Savings | 5309 |
|---|---|---|

**Balance: 16,968.89**

| Star Financial Bank (Checking Acct)(Ending 2652) | Checking | 2652 |
|---|---|---|

**Balance: 6,354.17**

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| See attached Equipment list | 701,025.00 | | 701,025.00 |
| 2,500 tanks | | | 5,000.00 |

**74) Causes of action against third parties (whether or not a lawsuit has been filed)**

| General description | Nature of claim | Amount requested | Current value |
|---|---|---|---|
| Judgment obtained against Suburban Extended Stay (Hamilton County – entered 8/4/2020) | Services rendered | 2,603.30 | 2,603.30 |
| Judgment against Judge Jones (Granted in Marion County Small Claims Ct – 2/28/2019) | Services rendered | 1,453.53 | 1,453.53 |
| Effects Management | Need info | 3,000,000.00 | Unknown |
| Judgment obtained against McGavic Outdoor Power (Hamilton County action | Services rendered | 6,500.00 | 6,500.00 |
| Judgment against LaQuinta Airport (Marion County Small Claims Court – 8/26/2020) | Services rendered | 500.00 | 500.00 |



## EQUIPMENT LIST

| Equipment | # | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| Bobcat | 1 | Bobcat | S150 | A3L137742 | $ 10,000.00 |
| Bed Edgers | 1 | W/GX200 | B6400 | 80415188 | $ 750.00 |
| Tillers | 1 | Craftsman | II | 011935-005554 | $ 50.00 |
| Tillers | 2 | Small Stihl | MM5 | 531038734 | $ 50.00 |
| Tillers | 3 | Small Stihl | MM5 | 511355738 | $ 50.00 |
| Mowers | 1 | Exmark | X-Series | SM03121789 | $ 3,500.00 |
| Mowers | 2 | Exmark | X-Series | SM402868423 | $ 3,500.00 |
| Mowers | 3 | Exmark | X-Series | SM03121790 | $ 3,500.00 |
| Mowers | 10 | Push Mower | | No Serial # | $ 25.00 |
| Mowers | 11 | Push Mower | | No Serial # | $ 25.00 |
| Blowers | 1 | RedMax | EB2850 | 20194200830 | $ 50.00 |
| Blowers | 2 | RedMax | EB2850 | 20184300875 | $ 50.00 |
| Blowers | 3 | RedMax | EB2850 | 20190200539 | $ 50.00 |
| Weed Eaters | 4 | RedMax | | M5306 | $ 50.00 |
| Weed Eaters | 5 | RedMax | | M5303 | $ 50.00 |
| Weed Eaters | 6 | RedMax | | M5303 | $ 50.00 |
| Weed Eaters | 7 | RedMax | | M5303 | $ 50.00 |
| Weed Eaters | 8 | RedMax | | M5301 | $ 50.00 |
| Weed Eater Sidewalk Edger | 1 | Stihl | | 4231 | $ 50.00 |
| Weed Eater Sidewalk Edger | 2 | Stihl | | 4231 | $ 50.00 |
| Long Pole Hedge | 1 | Stihl | | 5152881162 | $ 50.00 |
| Long Pole Chainsaw | 1 | Stihl | | 4223 | $ 50.00 |
| | | | | | **$ 21,950.00** |

| Equipment | # | Make | Model | Serial # | Value |
|---|---|---|---|---|---|
| Chainsaws | 1 | Stihl | | 4231 | $ 50.00 |
| Chainsaws | 2 | Stihl | | 4106 | $ 50.00 |
| Hedge Trimmers | 1 | Stihl | HS82R | 5207604L4 | $ 50.00 |
| Hedge Trimmers | 2 | Stihl | HS82R | 5152881162 | $ 50.00 |
| Hedge Trimmers | 3 | Stihl | HS82R | 5207604L3 | $ 50.00 |
| Water Pumps | 1 | Predator | R2101111 | A1901000846 | $ 50.00 |
| Water Pumps | 2 | Predator | R2101111 | A1901136771 | $ 50.00 |

### Tool Bits

| QTY | TOOL | Value |
|---|---|---|
| 2 | Broom | |
| 3 | Hard Rakes | |
| 2 | Leaf Rakes | |
| 2 | Large Lopper | |
| 1 | Ladder | |
| 3 | Leaf Rakes | |
| 2 | Lopper | |
| 1 | Pick Axe | |
| 2 | Pitchfork Large | |
| 2 | Pitchfork Small | |
| 2 | Scoop Shovel | |
| 3 | Spade Shovel | |
| 2 | Square Shovel | |
| 3 | Steel Edging Shovel | |
| 1 | Tarp Large | |
| 1 | Tarp Small | |
| 2 | Wheelbarrows | |

1 BIN WITH TOOLS EACH BEEN ESTIMATED AT $3.8800 EACH FOR A TOTAL OF | $ 750.00

### Parts and Supplies

| QTY | | Value |
|---|---|---|
| 18 | Blades | $ 2,000.00 |
| 3 | Weed eater string | |
| 2 | Drivebelts | |
| 4 | Oil 4 cases 10/30 | |
| 4 | Head tops weed eater | |

Office | $ 3,100.00

**GRAND TOTAL OF ALL EQUIPMENT AND SUPPLIES** | **$ 25,050.00**

| New Tk # | Old Tk # | Year | Make | Model | VIN # | Body Type | Plow | Plow Model | Type of blade | Salt Spreader? | Spreader Model | Spreader Make and # | Plow Value | Salt Spreader Value | Trade value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dump Trailer | 25 | 2019 2019 | Isuzu | NPR | 54DC2W1B2KS021285 | cab over/ flat bed | no | none | no | no | none | none | $ 1,000.00 | $ 500.00 | $ 20,000.00 $ 22,000.00 $ 3,760.00 $ 3,760.00 $ 26,266.00 |

| New Tk # | Old Tk # | Year | Make | Model | VIN # | Body Type | Plow | Plow Value | Salt Spreader Value | Truck Value |
|---|---|---|---|---|---|---|---|---|---|---|
| L2 | 6 | 2018 | Isuzu | NQR | JALE5W1647P900470 | cab over, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| L4 | 14 | 2015 | Ford | F550 | 1FDUF5HY7FEB98625 | single, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 17,500.00 |
| L5 | 15 | 2015 | Ford | F550 | 1FDUF5HY2FEB83854 | single, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 17,500.00 |
| L6 | 17 | 2016 | Ford | F550 | 1FDUF5HT1GEB27470 | extended cab wing doors, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 17,500.00 |
| L8 | 29 | 2019 | Isuzu | NPR | 54DC4W1B3K5803604 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| L7 | 31 | 2019 | Isuzu | NPR | 1FD8F2A64DEB65463 | Single, Dump bed | No | | | $ 20,000.00 |
| L10 | 32 | 2019 | Isuzu | NPR | 54DC4W1B7K803802 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| L11 | 33 | 2019 | Isuzu | NPR | 54DB4W1B3K5811133 | cab over, dump bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M1 | 5 | 2016 | Isuzu | NPR | 54DC4W1B6G5809372 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M2 | 18 | 2017 | Isuzu | NPR | 54DC4W1G5G5812635 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M3 | 25 | 2018 | Isuzu | NPR | 54DBW1B9H5812129 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M4 | 27 | 2018 | Isuzu | NPR | 54DB4W1B8H5803111 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M5 | 28 | 2018 | Isuzu | NPR | 54DC4W1B4J5801752 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M6 | 22 | 2019 | Isuzu | NPR | 54DC4W1B4J5800312 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M7 | 23 | 2019 | Isuzu | NPR | 54DCDW1B2K5803285 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M8 | 24 | 2019 | Isuzu | NPR | 54DC4W1B8K5811178 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| M9 | 34 | 2019 | Isuzu | NPR | 54DC4W1B8K5811617 | cab over, flat bed | Yes | $ 2,000.00 | $ 500.00 | $ 20,000.00 |
| SP1 | 16 | 2004 | Ford | F250 | 1FTNF211D4EC48573 | single, regular bed | Yes | $ 2,000.00 | | $ 2,500.00 |
| W1 | 8 | 2018 | Chevy | 3500 | 1GB3KVCG7KF125062 | Single, Flat Bed | Yes | $ 2,000.00 | | $ 13,500.00 |
| W2 | 21 | 2018 | Chevy | 3500 | 1GB3KVCG7KF107872 | Single, Flat Bed | Yes | $ 2,000.00 | $ 500.00 | $ 13,500.00 |
| W3 | 2 | 2007 | Chevy | 2500HD | 1GC4K24U7FE102571 | single, regular bed | Yes | $ 2,000.00 | | $ 2,500.00 |
| W4 | 10 | 2012 | Ford | F250 | 1FT8F2B68CEA96343 | single, regular bed | Yes | $ 2,000.00 | | $ 500.00 |
| W6 | 12 | 2004 | Ford | F250 | 1FTNW21L24EC44931 | crew cab 4 dr. regular bed | Yes | $ 2,000.00 | | $ 500.00 |
| W7 | 4 | 2004 | Chevy | 2500HD | 1GC24U64E17150 | single, regular bed | Yes | $ 2,000.00 | | $ 500.00 |
| W9 | 8 | 2018 | Chevy | 3500 | | Single, Flat Bed | Yes | $ 2,000.00 | $ 500.00 | $ 13,500.00 |
| W10 | 21 | 2018 | Chevy | 3500 | | Single, Flat Bed | Yes | | $ 500.00 | $ 13,500.00 |
| FLIW8 | 9 | 2013 | Ford | F250 | 1FTBF2B67DEB22710 | single, regular bed | Yes | $ 2,000.00 | $ 500.00 | $ 5,000.00 |
| S1 | 1 | 2007 | Toyota | Tacoma | 5TEN22N072378268 | single | No | | | $ 2,500.00 |
| S2 | 19 | 2017 | Toyota | Tacoma | 5TFRX5GN0HX095468 | extended cab wing doors, regular bed | No | | | $ 12,500.00 |
| S3 | 20 | 2014 | Toyota | Tacoma | 5TFTX4CN8EX046067 | extended cab wing doors, regular bed | No | | | $ 7,500.00 |
| S4 | 30 | 2023 | Toyota | Tacoma | 3TMCZ5AN5JM150265 | Extended Cab | No | | | $ 22,000.00 |
| Saltruck | 35 | 2007 | International | 7300 | 1HTWAAXR7J413294 | Single cab | Yes | $ - | $ - | $ 15,000.00 |

AMENDED

**Fill in this information to identify the case:**

Debtor name  New Wave Property Service, LLC

United States Bankruptcy Court for the:  Southern District of Indiana

Case number (If known):  23-05800-JMC-11

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien**<br>2023 GMC Sierra | $ 73,593.01 | $ 65,000.00 |
| **Creditor's mailing address**<br>P.O. Box 380901<br>Minneapolis, MN 55438 | | | |
| **Creditor's email address, if known** | **Describe the lien**<br>Agreement you made | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred**<br>**Last 4 digits of account number**  5816 | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2 Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien**<br>2022 Trax | $20,747.89 | $19,000.00 |
| **Creditor's mailing address**<br>P.O. Box 38091<br>Minneapolis, MN 55438 | | | |
| **Creditor's email address, if known** | | | |
| **Date debt was incurred**<br>**Last 4 digits of account number**  5752 | **Describe the lien**<br>Agreement you made | | |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>　☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>　☐ Yes. The relative priority of creditors is specified on lines _____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 126,985.76

AMENDED

Debtor    New Wave Property Service, LLC
_____
Name

Case number (if known) 23-05800-JMC-11
_____

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**
Ally Financial
_____

**Creditor's mailing address**
P.O. Box 380901
_____
Cockeysville, MD 21030
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** 4950

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2021 Chevy

$32,644.86        $28,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** **Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____        $_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

AMENDED

| Debtor | New Wave Property Service, LLC | Case number (if known) | 23-05800-JMC-11 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ally Bank<br>P.O. Box 8133<br>Cockeysville, MD, 21030 | Line 2. _1_ | _____ |
| Ally Bank<br>P.O. Box 8133<br>Cockeysville, MD, 21030 | Line 2. _2_ | _____ |
| Ally Bank<br>P.O. Box 8133<br>Cockeysville, MD, 21030 | Line 2. _3_ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

AMENDED

**Fill in this information to identify the case:**

Debtor    New Wave Property Service, LLC

United States Bankruptcy Court for the:   Southern District of Indiana

Case number   23-05800-JMC-11
(If known)

☑ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** <br> _____ | **Basis for the claim:** | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | | | |
| **2.2** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** <br> _____ | **Basis for the claim:** | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |
| **2.3** Priority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $_____ | $_____ |
| **Date or dates debt was incurred** <br> _____ | **Basis for the claim:** | | |
| **Last 4 digits of account number** _____ | **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

AMENDED

Debtor   New Wave Property Service, LLC
_____
Name

Case number *(if known)*  23-05800-JMC-11
_____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Verizon Connect
5055 North Point Pkwy
Alpharetta, GA, 30022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Suppliers or Vendors

$ 5,457.00

Date or dates debt was incurred   08/01/2023
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
Waste Management
800 Capitol Street
Houston, TX, 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

$ 5,085.02

Date or dates debt was incurred   09/18/2023
Last 4 digits of account number   2374

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

AMENDED

Debtor    New Wave Property Service, LLC
          Name

Case number (if known)    23-05800-JMC-11

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. ✚ | $ 10,542.02 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 10,542.02 |

---

AMENDED

**Fill in this information to identify the case:**

Debtor name  New Wave Property Service, LLC

United States Bankruptcy Court for the:  Southern District of Indiana

Case number (If known):  23-05800-JMC-11

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br><span style="font-size:small">MM / DD / YYYY</span> | to  Filing date | ☑ Operating a business<br>☐ Other | $ 3,434,838.15 |
   | **For prior year:** | From 01/01/2022<br><span style="font-size:small">MM / DD / YYYY</span> | to 12/31/2022<br><span style="font-size:small">MM / DD / YYYY</span> | ☑ Operating a business<br>☐ Other | $ 3,100,959.00 |
   | **For the year before that:** | From 01/01/2021<br><span style="font-size:small">MM / DD / YYYY</span> | to 12/31/2021<br><span style="font-size:small">MM / DD / YYYY</span> | ☑ Operating a business<br>☐ Other | $ 5,216,309.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From ____<br><span style="font-size:small">MM / DD / YYYY</span> | to  Filing date | _____ | $ _____ |
   | **For prior year:** | From ____<br><span style="font-size:small">MM / DD / YYYY</span> | to ____<br><span style="font-size:small">MM / DD / YYYY</span> | _____ | $ _____ |
   | **For the year before that:** | From ____<br><span style="font-size:small">MM / DD / YYYY</span> | to ____<br><span style="font-size:small">MM / DD / YYYY</span> | _____ | $ _____ |

AMENDED

Debtor  New Wave Property Service, LLC
_____
Name

Case number (if known) 23-05800-JMC-11
_____

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____ Creditor's name | | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2. | _____ Creditor's name | | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |
| 4.2. | _____ Insider's name | _____ _____ _____ | $_____ | |
| | **Relationship to debtor** _____ | | | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **2**

AMENDED

| Debtor | New Wave Property Service, LLC | Case number *(if known)* | 23-05800-JMC-11 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name | | | $_____ |
| 5.2. Creditor's name | | | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Waverly Industries LLC v. New Wave Property Service | | Boone County Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 06D01-2301-PL-0063 | | 307 Courthouse Sq. Lebanon, IN 46052 | |
| 7.2. Roy Coglianese v. Shri Mangalamurti Inc. and New Wave Property Services LLC | | Johnson County Superior Court | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 41D04-2202-CT-00050 | Complaint for damages | 5 E. Jefferson Street Franklin, IN 46131 | |

AMENDED

| Debtor | New Wave Property Service, LLC | | Case number *(if known)* 23-05800-JMC-11 |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | _____ |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Meals on Wheels | Charity contribution | 09/01/2023 | $ 1,500.00 |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| Car accident - 2018 Toyota Tacoma (damages and coverage for accident unknown at the time of filing) | 0.00 | 12/27/2023 | $ 0.00 |

---

AMENDED

Debtor ___New Wave Property Service, LLC_____   Case number *(if known)*___23-05800-JMC-11_____
           Name

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Hester Baker Krebs LLC | | 07/28/2023 | $ 20,000.00 |
| | **Address** | | | |
| | One Indiana Square, Suite 1330 Indianapolis, IN 46204 | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

AMENDED

| Debtor | New Wave Property Service, LLC | Case number *(if known)* | 23-05800-JMC-11 |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | EquipLine LLC | Miscellaneous equipment auctioned between 6/29/22 to 9/19/2023 | 09/19/2023 | $ 120,313.92 |
| | **Address** | | | |
| | 17364 Graley Pl | | | |
| | Westfield, IN 46074 | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | N/A | | | |
| 13.2. | Who received transfer? | | | $ |
| | | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

AMENDED

Debtor  New Wave Property Service, LLC
_____
Name

Case number *(if known)* 23-05800-JMC-11
_____

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name | | _____ |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

AMENDED

Debtor _____New Wave Property Service, LLC_____        Case number *(if known)* __23-05800-JMC-11_____
          Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First Merchants Bank (Checking Acct) (Er<br>Name | XXXX–1589 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 05/01/2023 | $ 0.00 |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

AMENDED

Debtor   New Wave Property Service, LLC
_____
Name

Case number (if known)  23-05800-JMC-11
_____

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____<br>Name | | | $_____ |

---

**Part 12:   Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____<br>Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

AMENDED

Debtor   New Wave Property Service, LLC
_____
Name

Case number (if known) 23-05800-JMC-11
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____  To _____ |

---

AMENDED

| Debtor | New Wave Property Service, LLC | Case number *(if known)* | 23-05800-JMC-11 |
|---|---|---|---|
| | Name | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Carolyn J. Smith | From _____ |
| | Name | To _____ |
| | 8617 Log Run Dr. S, Indianapolis, IN 46234 | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | J.R. Helms & Associates | From _____ |
| | Name | To _____ |
| | 7960 Zionsville Road, Indianapolis, IN 46268 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | | From _____ |
| | Name | To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | | From _____ |
| | Name | To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | | |
| | Name | |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **11**

AMENDED

Debtor   New Wave Property Service, LLC
         _____
         Name

Case number *(if known)* 23-05800-JMC-11
                         _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____ <br> Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Juan Barrantes <br> Name <br> 27629 Will Parker Rd., Arcadia, IN 46030 |

| Name and address |
|---|
| 26d.2. The Huntington National Bank <br> Name <br> 5555 Cleveland Ave., Columbus, OH 43231 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ <br> Name |

AMENDED

Debtor **New Wave Property Service, LLC**
_____
Name

Case number *(if known)* 23-05800-JMC-11
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2. _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Ryan | 636 Old Ashbury Road, Westfield, IN 46074 | Member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Jeremy Ryan | 269,998.04 | _____ | Salary |
| Name | | | |
| 636 Old Ashbury Road | | _____ | |
| Westfield, IN 46074 | | _____ | |
| **Relationship to debtor** | | _____ | |
| Owner | | | |

AMENDED

Debtor    New Wave Property Service, LLC
Name                                              Case number (if known) 23-05800-JMC-11

| | Name and address of recipient | 4,807.70 | | Account execute wages |
|---|---|---|---|---|
| 30.2 | Jeremy Ryan | | _____ | |
| | Name | | | |
| | 636 Old Ashbury Road | | _____ | |
| | Westfield, IN 46074 | | | |
| | | | _____ | |
| | | | _____ | |
| | Relationship to debtor | | _____ | |
| | Owner | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| CBIZ Retirement & Investment Solutions | EIN: _____ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

✗ _____    Printed name  Jeremy Ryan
Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No
☑ Yes

AMENDED

Debtor Name __New Wave Property Service, LLC_____   Case number _(if known)___23-05800-JMC-11_____

## Continuation Sheet for Official Form 207

**7) Legal Actions**

**Effects Property Management v. New Wave Property Service, LLC**

**06D01-2207-CC-000825**

**Complaint for breach of Contract**

**Boone County Superior Court**

**307 Courthouse Sq, Lebanon, IN 46052**

**Pending**

**-------**


**17) Pension Contributions**

**CBIZ Retirement &
Investment Solutions**


**26d) Creditors**

**Sheffield**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re:

**New Wave Property Service, LLC**

        Debtor

Case No: 23-05800-JMC-11

## CERTIFICATE OF SERVICE: NOTICE TO
## ADDED CREDITOR

I hereby certify that on January 19, 2024 the attached Notice to Added Creditor and the

documents listed on that notice were mailed by first class U.S. mail, postage prepaid and properly

addressed, to the following added creditor:

Waste Management
800 Capitol Street
Houston, TX 77002

Mid-state Truck Equipment, Inc.
11020 Allisonville Road
Fishers, IN 46038

Perennials Plus
4510 West 166th Street
Westfield, IN 46074

Comcast Business Mobile
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

Verizon Connect
5055 North Point Pkwy
Alpharetta, GA 30022

Deluxe Corporation
c/o Joseph Mann & Creed
8949 Canyon Falls Blvd., Suite 200
Twinsburg, OH 44087

Respectfully submitted,

HESTER BAKER KREBS LLC

_/s/ Jeffrey M. Hester_
Jeffrey M. Hester
Suite 1330
One Indiana Square
211 N. Pennsylvania Street
Indianapolis, IN 46204
jhester@hbkfirm.com
317.608.1129 direct
317.833.3031 fax

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **New Wave Property Service, LLC** | ) | Case No. 23-05800-JMC-11 |
| | ) | |
| Debtor | ) | |

### NOTICE TO ADDED CREDITOR

NOTICE IS GIVEN that you have been added as a creditor in this bankruptcy case. The following documents is provided with this notice:

1. Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines.

In addition, the undersigned provides notice that the deadline for filing a complaint to determine dischargeability of certain debts is April 1, 2024.

Respectfully submitted,

**HESTER BAKER KREBS** LLC

*/s/ Jeffrey M. Hester*
Jeffrey M. Hester
Suite 1330
One Indiana Square
211 N. Pennsylvania Street
Indianapolis, IN 46204
jhester@hbkfirm.com
317.608.1129 direct
317.833.3031 fax